UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK HOTEL
TRADES COUNCIL AND HOTEL
ASSOCIATION OF NEW YORK CITY, INC.
HEALTH BENEFITS FUND, PENSION
FUND, INDUSTRY TRAINING FUND,
SCHOLARSHIP FUND, AND LEGAL FUND,

          Petitioner,

v.

TRI STATE MARBLE CORP. a/k/a Tri State
Marble LLC a/k/a Tri State Marble Restoration,
Inc. a/k/a Hudson Hotel & Hospitality
Maintenance Company,

          Respondent.

No. 24-CV-8491 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. On November 7, 2024, Petitioner filed a petition seeking confirmation of an arbitration award. Petitioner has not yet docketed an affidavit of service.

    Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

    ORDERED that Petitioner shall file and serve any additional materials with which it intends to support its petition for confirmation by November 27, 2024. Respondent's opposition, if any, is due on December 27, 2024. Petitioner's reply, if any, is due on January 10, 2025.

    IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated:    November 13, 2024
             New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge